# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN LIDIA JORGE**, *et al.*,<br>Plaintiff,<br><br>v.<br><br>**POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO**, *et al.*,<br>Defendants. | **CIVIL NO. 11-2268 (JAG/CVR)** |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

COME NOW co-defendants José Figueroa-Sancha and Leovigildo Vázquez (collectively the "Supervisory Defendants"), and thru the undersigned attorney, very respectfully STATE and PRAY as follows:

1. On October 29, 2015, the appearing Supervisory Defendants filed their Objection to the Magistrate Judge's Report and Recommendation regarding Defendants' Motion for Summary Judgment at Docket No. 162 (**Docket No. 242**).

2. On November 12, 2015, the Plaintiffs filed a Response in Opposition to the Supervisory Defendants' Objection to the Magistrate Judge's Report and Recommendation (**Docket No. 243**).

3. On November 19, 2015, the Supervisory Defendants requested leave to file a Reply to Plaintiffs' Response in Opposition to the Supervisory Defendants' Objection to the Magistrate Judge's Report and Recommendation (**Docket No. 244**).

4. The Supervisory Defendants inform the Court that they will not file the aforementioned Reply. This, however, must not be understood as a waiver by the Supervisory Defendants as to any argument they may have raised in such Reply.

5. In light of the above, it is very respectfully requested that the Court note of the above stated and issue any order it deem appropriate.

WHEREFORE, it is respectfully requested that the Court take note of the above stated and issue any order it deem appropriate.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on this 2nd day of December 2015.

IT IS HEREBY CERTIFIED that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

CÉSAR MIRANDA RODRÍGUEZ
Secretary of Justice

MARTA ELISA GONZÁLEZ Y.
Deputy Secretary of Justice
in Charge of Litigation

WANDYMAR BURGOS VARGAS
USDC-PR No. 223502
Director
Federal Litigation Division
Department of Justice

S/*Jaime J. Zampierollo-Vilá*
JAIME J. ZAMPIEROLLO-VILÁ
USDC-PR No. 228710
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192

Office (787) 721-2900 2650/2646
Fax. (787) 723-9188
Email: jzampierollo@justicia.pr.gov