IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN LIDIA JORGE**, *et al.*,<br>    Plaintiff,<br><br>            v.<br><br>**POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO**,<br>        *et al.*,<br>    Defendants. | **CIVIL NO. 11-2268 (JAG)** |

**ORDER**

GARCIA-GREGORY, D.J.

Upon petition from the Defendants on the above captioned case, the Court hereby orders the Clerk of Family Affairs of the Puerto Rico Court of First Instance, San Juan (*Secretaría Relaciones de Familia del Tribunal de Primera Instancia de San Juan*), to provide Defendants' legal representation, be it Attorney Jaime J. Zampierollo-Vilá or a duly identified PR-DOJ Courier, a CERTIFIED copy of the file associated to the criminal facts of December 31, 2010 and/or under the caption of <u>The People of Puerto Rico in the Interest of Minor E.F.J.</u> (*El Pueblo de Puerto Rico en Interés del Menor E.F.J.*), Case No. JTR-0914, and of Minor E.F.J.'s social file.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26 day of July, 2016.

                    s/ Jay A. Garcia-Gregory
                    JAY A. GARCIA-GREGORY
                    United States District Judge