IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LIDIA JORGE, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> **Defendants** | CIVIL NO. 11-2268 (JAG) |

## MEMORANDUM & ORDER

GARCIA-GREGORY, D.J.

Before the Court is a Motion for Summary Judgment filed by Defendants Jose Figueroa Sancha, Leovigildo Vazquez, and Ivan Lebron Lebron on April 14, 2014 (collectively "Defendants"). Docket No. 162. After considering Defendants' objections, and a *de novo* review of the record and the parties' arguments, the Court determines that the Magistrate's Report & Recommendation, Docket No. 239, is well grounded in both fact and law. Therefore, the Court hereby ADOPTS in its entirety the Magistrate's Report & Recommendation for the reasons stated therein, Docket No. 239, and accordingly, DENIES Defendants' Motion for Summary Judgment. Docket No. 162.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of November, 2016.

S/ Jay A. Garcia-Gregory <br>
JAY A. GARCIA-GREGORY <br>
United States District Judge