IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN LIDIA JORGE**, *et al.*, Plaintiff, <br><br> v. <br><br> **POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO**, *et al.*, Defendants. | **CIVIL NO. 11-2268 (JAG/SCC)** |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

COME NOW Co-Defendants José Figueroa-Sancha ("Figueroa-Sancha"), Iván Lebrón-Lebrón ("Lebrón") and Leovigildo Vázquez ("Vázquez"), through the undersigned attorney, who very respectfully STATE and PRAY as follows:

1. Today, the Parties will file the Joint Proposed Pretrial Order ("PT") for the case at bar.

2. The PT has references to Plaintiff's juvenile proceeding. Due to the confidential nature of the juvenile proceeding, as a cautionary measure, appearing Defendants respectfully request that they be allowed to file the aforementioned PT under seal and limit its viewing to case participants only. This request is made in compliance with Standing Order No. 9.

WHEREFORE, the appearing Party very respectfully requests that the Court grant leave to file the Joint Proposed Pretrial Order under seal.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 3rd day of February, 2017.

IT IS HEREBY CERTIFIED that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

>WANDA VÁZQUEZ GARCED
>Secretary of Justice
>
>WANDYMAR BURGOS VARGAS
>Acting Deputy Secretary in Charge of Litigation and
>Acting Director of Federal Litigation Division
>
>*S/ Jaime J. Zampierollo-Vilá*
>JAIME J. ZAMPIEROLLO-VILÁ
>USDC-PR No. 228710
>Federal Litigation Division
>Department of Justice
>P.O. Box 9020192
>San Juan, PR  00902-0192
>Office (787) 721-2900 2650/2645
>Fax. (787) 723-9188
>Email: jzampierollo@justicia.pr.gov