IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN LIDIA JORGE, et. al**<br><br>**PLAINTIFFS**,<br><br>Vs.<br><br>**POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO**, et. al<br><br>**DEFENDANTS** | Civil No. 11-2268(JAG)<br><br>Consolidated with<br><br>Civil No. 14-1590 (GAG)<br><br>VIOLATION OF CIVIL RIGHTS<br>JURY TRIAL DEMANDED |

**MOTION TO RESTRICT FILINGS IN COMPLIANCE WITH ADMINISTRATIVE ORDER #9**

**TO THE HONORABLE COURT:**

**NOW COME PLAINTIFFS**, through the undersigned attorneys, and very respectfully state, allege and pray:

1. Pursuant to Standing Order #9, dated January 20, 2013, permission is sought to file the Proposed Consolidated Pretrial Order and Settlement Memorandum utilizing the Selected Parties restriction to protect personal information including a juvenile criminal record and plaintiff's medical condition.

2. The Selected Parties restriction, will only allow the Court, the Defendants and the filer to access the document.

3. Given the confidential nature of the information mentioned therein, protection is sought to minimize disclosure and/or publication of the confidential information and as such said restriction is requested.

4. To that end, it is requested that this motion be granted allowing for the restrictive filing.

**WHEREFORE**, appearing defendant very respectfully requests from this Honorable Court

that it take notice of his compliance with Standing Order No. 9, that the two filings be permitted to be submitted under the restrictive category of selected parties.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 15, 2019.

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY:** That on this date, July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**COUNSEL FOR PLAINTIFFS:**

**LANDRÓN & VERA, LLC**
1606 Ave. Ponce De Leon, Suite, 501
Edificio Julio Bogoricin
San Juan, PR 00909
(787)395-7885
email landronvera@hotmail.com

**s/ Luis A. Rodríguez Muñoz**

**LUIS A. RODRÍGUEZ MUÑOZ**
USDC-PR 214511
E-mail: lrodriguez@landronvera.com