IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN LIDIA JORGE, et. al**<br><br>**PLAINTIFFS**,<br><br>Vs.<br><br>**POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO**, et. al<br><br>**DEFENDANTS** | Civil No. 11-2268(JAG)<br><br>Consolidated with<br><br>Civil No. 14-1590 (GAG)<br><br>VIOLATION OF CIVIL RIGHTS<br>JURY TRIAL DEMANDED |

**INFORMATIVE MOTION AND REQUEST FOR STAY**

**TO THE HONORABLE COURT:**

**NOW COME PLAINTIFFS**, through the undersigned attorneys, and very respectfully state, allege and pray:

1. This Honorable Court order ordered the parties to engage in settlement negotiations and in compliance with the same had scheduled to meet yesterday, February 12, 2020.

2. In the morning of said date, undersigned counsel was informed that the plaintiff Carmen Lidia Jorge had passed away.

3. Given this event and change in circumstances the meeting was cancelled.

4. Since then, undersigned counsel has been gathering information and has ascertained the following.

5. Plaintiff Carmen Lidia Jorge, dies on February 6, 2020, in the Bronx, New York City.

6. She is survived by eight (8) children, including the plaintiff Emmanuel Fernandez-Jorge. Only two of said children are in The Commonwealth of Puerto Rico and the rest are scattered throughout the continental United States of America.

7. There is no will.

8. As such, undersigned counsel in order to properly defend the rights now of the estate must wait for a proper Declaration of Heirs, so as to secure proper authority in decisions to be made in the instant case.

9. To that end, it is requested that the instant case be stayed, to allow for the execution and completion of a declaration of heirs to so properly substitute Plaintiff carmen Lidia Jorge.

**WHEREFORE**, appearing defendant very respectfully requests from this Honorable Court that it NOTE the aforementioned information and GRANT a stay to complete a Declaration of Heirs to then properly substitute party.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this February 13, 2020.

## NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY:** That on this date, February 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**COUNSEL FOR PLAINTIFFS:**

**LANDRÓN & VERA, LLC**
1606 Ave. Ponce De Leon, Suite, 501
Edificio Julio Bogoricin
San Juan, PR 00909
(787)395-7885
email landronvera@hotmail.com

s/ Luis A. Rodríguez Muñoz

**LUIS A. RODRÍGUEZ MUÑOZ**
USDC-PR 214511
E-mail: lrodriguez@landronvera.com