IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LIDIA JORGE, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> **Defendants.** | CIVIL NO. 11-2268(JAG) |

## JUDGMENT STAYING CASE

Pursuant to this Court's Order, Docket No. 318, Judgment is hereby entered STAYING the instant action. The case is now closed for statistical purposes and may be reopened upon motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Friday, February 14, 2020.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE