# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LIDIA JORGE, et. al., <br><br> Plaintiffs <br><br> v. <br><br> POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO et. al., | CIVIL NO. 11-2268 (JAG) <br><br> Consolidated with <br><br> CIVIL NO. 14-1590(GAG) |
| EMMANUEL FERNANEZ JORGE et. al., <br><br> Plaintiffs <br><br> v. <br><br> SERGEANT GALARZA-SOTO, & ORTIZ CRUZ | |

## MOTION SUBMITTING CERTIFIED ENGLISH TRANSLATIONS OF DOCUMENTS IN SPANISH LANGUAGE

**TO THE HONORABLE JAY A. GARCÍA-GREGORY, J:**

COME NOW co-defendants José Figueroa-Sancha, Leovigildo Vázquez, Iván Lebrón-Lebrón, Julio E. Galarza Soto, and Juan Carlos Ortiz-Cruz (hereinafter the "defendants"), all in their personal capacities only, through the undersigned attorney, without waving any right or defense arising from Title III of Puerto Rico Oversight, Management and Economic Stability Act" ("PROMESA"), 48 U.S.C. §§ 2101 *et seq*., and the Commonwealth's Petition under said Title or under this case, and very respectfully **SET FORTH** and **PRAY** as follows:

1. On March 6th, 2020 the appearing defendants filed their Motion For Reconsideration of the Court's Order at ECF NO. 315. (See Docket No. 321)

2. In support of the aforesaid motion, the Defendants filed *Exhibit No. 1*, which referred to the Puerto Rico Supreme Court's case of *Fraguada Bonilla v. Hosp. Aux. Mutuo, 186 D.P.R. 365 (2012)*, filed in its original Spanish Language.

3. An extension of time was requested to submit the certified English translations of the above-mentioned exhibit (See Docket No. 320)

4. Attached hereto, the appearing Defendants submit the certified English translations of the Spanish language documents in Exhibit No. 1.

**WHEREFORE** the appearing Defendants very respectfully request the Court to accept the exhibits submitted forthwith as certified English translations of the ones previously filed in the Spanish language with Motion For Reconsideration the Court's Order at ECF NO. 315.

**IT IS HEREBY CERTIFIED** that on this same date the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to their respective registered e-mail addresses.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this March 10th, 2020

DEVELOPMENT &CONSTRUCTION
LAW GROUP LLC
PMB 443. Suite 112
100 Grand Paseos Blvd.
San Juan PR 00926-5902
Fax.: 888.500.1827
Tel.: 787.948.1025/ 787.908.8606
Email: rburgos@devconlaw.com


S/ RICARDO BURGOS VARGAS
Ricardo Burgos Vargas, Esq.
USDC NO.  218210

S/ ISAÍAS OJEDA GONZÁLEZ
Isaías Ojeda González
USCD NO. 300205