IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN LIDIA JORGE, et. al**<br><br>**PLAINTIFFS**,<br><br>Vs.<br><br>**POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO**, et. al<br><br>**DEFENDANTS** | Civil No. 11-2268(JAG)<br><br>Consolidated with<br><br>Civil No. 14-1590 (GAG)<br><br>VIOLATION OF CIVIL RIGHTS<br>JURY TRIAL DEMANDED |

**MOTION TO STRIKE**

**TO THE HONORABLE COURT:**

    **NOW COME PLAINTIFFS**, through the undersigned attorneys, and very respectfully state, allege and pray:

    1.    This Honorable Court ordered the instant case stayed given the demise of a plaintiff. (Docket No. 318)

    2.    Undersigned counsel at this point still does not know whom they can appear for given the chaotic state of the inheritance of the former client and the current ongoing pandemic.

    3.    Nonetheless, defendants have filed what appears to be yet a third request to matters that have already been ruled on by this court. (See, Docket No. 320-322)

    4.    The same are untimely but more importantly the matter is stayed and as such no additional filing should be permitted.

    5.    All the matters raised have been addressed before the court and hence the matter was set for pretrial conference.

6.      It is requested that the motions be stricken as the case is stayed and until such time as the proper parties are before the court to afford the plaintiffs the opportunity to address the same, for the third time the same arguments as before.

**WHEREFORE**, appearing defendant very respectfully requests from this Honorable Court that it NOTE the aforementioned information and GRANT the instant motion and STRIKE from the record Docket Nos. 320-322) until such time as proper parties are before the court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this March 26, 2020.

### NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY:**   That on this date, March 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**COUNSEL FOR PLAINTIFFS:**

**LANDRÓN & VERA, LLC**
1606 Ave. Ponce De Leon, Suite, 501
Edificio Julio Bogoricin
San Juan, PR 00909
(787)395-7885
email landronvera@hotmail.com

s/ Luis A. Rodríguez Muñoz

**LUIS A. RODRÍGUEZ MUÑOZ**
USDC-PR 214511
E-mail: lrodriguez@landronvera.com

2