IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LIDIA JORGE, *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>POLICE DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | CIVIL NO. 11-2268 (JAG) |

## JUDGMENT

Pursuant to this Court's Order, Docket No. 340, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiffs' case. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Thursday, November 16, 2023.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE